COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Arturo Castelan and Gustavo Castelan v. Michael Gerard and Allstate Insurance Company

Appellate case number:   01-16-00463-CV

Trial court case number: 2013-22182

Trial court:             269th District Court of Harris County

Appellee, Michael Gerard, has filed a Motion for Substitution of Counsel, seeking to substitute Karl D. Drews in place of Jason Oregon. Because the motion does not show that it was delivered to Gerard "in person or mailed—both by certified and by first-class mail" at his last known address, the motion is **denied**, without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), (d).

By signing the motion, Karl D. Drews has appeared as counsel of record for Gerard. The Clerk of this Court is directed to note Drews's appearance as counsel for Gerard on the docket of this Court. *See* TEX. R. APP. P. 6.2.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☐ Acting individually    ☐ Acting for the Court

Date: January 12, 2017